BSREP UA River Crossing LLC Petitioner-Landlord-Respondent, 
against
Tracy Davis, Respondent-Tenant-Appellant.



Tenant appeals from a final judgment of the Civil Court of the City of New York, New York County (Jack Stoller, J.), entered December 22, 2014, after a nonjury trial, which awarded possession to landlord in a holdover summary proceeding.




Per Curiam.
Final judgment (Jack Stoller, J.), entered December 22, 2014, affirmed, without costs.
A fair interpretation of the evidence supports the trial court's determination that tenant had no right to continued occupancy of the subject unregulated apartment. The trial evidence showed that landlord previously withdrew from the Mitchell-Lama program and that tenant thereafter signed one-year leases with reduced rents pursuant to the Landlord Assistance Program (LAP) (see generally Denza Independence Plaza Assoc., LLC, 95 AD3d 153 [2012], lv denied 19 NY3d 816 [2012]). Tenant's last lease expired on May 31, 2008, and her subsequent month-to-month tenancy was terminated by way of a 30-day notice of termination (see Real Property Law § 232-a). Although tenant claimed that she signed subsequent leases, she neither produced said leases, nor offered a reasonable excuse for their nonproduction. 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur 
Decision Date: May 04, 2016